DAVID D. PIPER, CASB No. 179889
david.piper@kyl.com
KATHERINE L. HANDY, CASB No. 311745
kate.handy@kyl.com
LUCAS GARCIA, CASB No. 341529
lucas.garcia@kyl.com
KEESAL, YOUNG & LOGAN
A Professional Corporation
400 Oceangate, Suite 1400
Long Beach, California 90802
Telephone: (562) 436-2000
Facsimile: (562) 436-7416

Attorneys for Defendants
CMJ RECOVERY CA LLC, CMJ RECOVERY AZ LLC, CMJ RECOVERY NV LLC, MICHAEL MILCH, JOEL STRULOVICS, and YISROEL HERZKA

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VOGUE RECOVERY CALIFORNIA LLC, a California limited liability company; VOGUE RECOVERY ARIZONA LLC, an Arizona limited liability company; and VOGUE RECOVERY CENTER LLC, a Nevada limited liability company,<br><br>Plaintiffs,<br><br>vs.<br><br>CMJ RECOVERY CA LLC, a California limited liability company; CMJ RECOVERY AZ LLC, an Arizona limited liability company; CMJ RECOVERY NV LLC, a Nevada limited liability company; SHAUL KOPELOWITZ, an individual; MICHAEL MILCH, an individual; JOEL STRULOVICS, an individual; and YISROEL HERZKA, an individual,<br><br>Defendants. | Case No. 2:22-cv-06751-KK-AFM<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' REQUEST TO AUTHORIZE REMOTE TESTIMONY OF THIRD-PARTY SAM THOMPSON** |

- 1 -

KYL4889-7806-4044.1

Having considered the materials submitted by the parties, it is **HEREBY ORDERED** that:

1. Pursuant to Federal Rule of Civil Procedure 43(a), Defendants' Request to Authorize the Remote Testimony of Sam Thompson is **GRANTED**.

2. Sam Thompson's testimony in this matter will be presented to the jury via live videoconference.

3. Defendants shall submit a Notice to the Court one week before trial setting forth the arrangements made for Sam Thompson's testimony (e.g., location, videographer or reporting service, and videoconferencing platform).

**IT IS SO ORDERED.**

DATED: _____

_____
United States District Judge

KYL4889-7806-4044.1