JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VOGUE RECOVERY CALIFORNIA, LLC, ET AL., | Case No.  2:22-CV-06751-KK-AJRx |
| Plaintiff, | JUDGMENT |
| v. | |
| CMJ RECOVERY CA LLC, ET AL., | |
| Defendant(s). | |

This action came on for jury trial, the Honorable Kenly Kiya Kato, District Judge, presiding, and the issues having been duly tried and the jury having duly rendered its verdict,

IT IS ORDERED AND ADJUDGED that plaintiffs Vogue Recovery California LLC, Vogue Recovery Arizona LLC, and Vogue Recovery Center LLC ("Plaintiffs") recover of defendants CMJ Recovery CA LLC, CMJ Recovery AZ LLC, CMJ Recovery NV LLC, Michael Milch, Joel Strulovics, and Yisroel Herzka the sum of $10,000,000 with pre-judgment interest accrued since August 9, 2022, and post-judgment interest thereon at the legal rate as provided by the law, and their costs of action.

IT IS FURTHER ORDERED AND ADJUDGED that Plaintiffs recover of: (1) defendant Michael Milch the sum of $750,000 in punitive damages, (2) defendant Yisroel Herzka the sum of $1,500,000 in punitive damages, and (3) defendant Joel Strulovics the sum of $1,000,000 in punitive damages.

Dated: May 22, 2024

HONORABLE KENLY KIYA KATO
United States District Judge