```
Mark D. Campbell (SBN 180528)
mdcampbell@shb.com
Matt Light (SBN 294007)
mlight@shb.com
Abigail Hudson (SBN 327632)
ahudson@shb.com
SHOOK, HARDY & BACON L.L.P.
2121 Avenue of the Stars, Suite 1400
Los Angeles, California 90067
Telephone:  424.285.8330
Facsimile:   424.204.9093

Attorneys for Plaintiffs
VOGUE RECOVERY CALIFORNIA LLC
VOGUE RECOVERY ARIZONA LLC
VOGUE RECOVERY CENTER  LLC
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VOGUE RECOVERY CALIFORNIA LLC, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>CMJ RECOVERY CA LLC, et al.,<br><br>Defendants. | Case No.  2:22-cv-06751-KK-AFM<br><br>Assigned to: Hon. Kenly K. Kato<br><br>**NOTICE OF *ERRATA* RE: PLAINTIFFS' OPPOSITION TO DEFENDANTS CMJ RECOVERY CA LLC, CMJ RECOVERY AZ LLC, AND CMJ RECOVERY NV LLC'S MOTION FOR ATTORNEYS' FEES [DKT. 169]**<br><br>Date: July 11, 2024<br>Time: 9:30 a.m.<br>Place: George E. Brown, Jr. United States Courthouse<br>Courtroom 3<br>3470 12th Street, 3rd Floor<br>Riverside, CA 92501 |

TO THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that in Plaintiffs' Opposition to Defendants CMJ Recovery CA LLC, CMJ Recovery AZ LLC, and CMJ Recovery NV LLC's Motion for Attorneys' Fees (ECF No. 169), Exhibit A is erroneously referenced as Exhibit X on page 9, line 12. Plaintiffs apologize for the oversight and for any confusion it caused.

DATED: June 24, 2024                    SHOOK, HARDY & BACON L.L.P.

                                        By: /s/Mark D. Campbell
                                            Attorneys for Plaintiffs
                                            VOGUE RECOVERY CALIFORNIA LLC
                                            VOGUE RECOVERY ARIZONA LLC
                                            VOGUE RECOVERY CENTER LLC