1  Mark D. Campbell (SBN 180528)
   mdcampbell@shb.com
2  Matt Light (SBN 294007)
   mlight@shb.com
3  Abigail Hudson (SBN 327632)
   ahudson@shb.com
4  SHOOK, HARDY & BACON L.L.P.
   2121 Avenue of the Stars, Suite 1400
5  Los Angeles, California 90067
   Telephone:  424.285.8330
6  Facsimile:   424.204.9093

7  Attorneys for Plaintiffs
   VOGUE RECOVERY CALIFORNIA LLC
8  VOGUE RECOVERY ARIZONA LLC
   VOGUE RECOVERY CENTER  LLC
9
   *[Additional counsel on following page]*
10

                    UNITED STATES DISTRICT COURT

                   CENTRAL DISTRICT OF CALIFORNIA

| VOGUE RECOVERY CALIFORNIA LLC, et al, | Case No. 2:22-cv-06751-KK-AFM |
|---|---|
| Plaintiffs, | Assigned to: Kenly Kiya Kato |
| v. | **STIPULATION TO RETAIN JURISDICTION UNDER CALIFORNIA CODE OF CIVIL PROCEDURE § 664.6** |
| CMJ RECOVERY CA LLC, et al., | |
| Defendants. | |

1  ALBERT E. PEACOCK III, CASB No. 134094
   apeacock@peacockpiper.com
2  ELIZABETH ANN KENDRICK, CASB No. 123163
   ekendrick@peacockpiper.com
3  PEACOCK PIPER TONG + VOSS, LLP
   100 W. Broadway, Suite 610
4  Long Beach, CA 90802
   Telephone: (562) 320-8880

5  Attorneys for Defendants, CMJ RECOVERY CA LLC,
   CMJ RECOVERY AZ LLC, CMJ RECOVERY NV LLC,
6  JOEL STRULOVICS, and YISROEL HERZKA

7  Anthony J. Ellrod (State Bar No. 136574)
   tony.ellrod@manningkass.com
8  Linna Loangkote (State Bar No. 287480)
   linna.loangkote@manningkass.com
9  MANNING & KASS ELLROD, RAMIREZ, TRESTER LLP
   801 S. Figueroa St, 15th Floor
10 Los Angeles, California 90017-3012
   Telephone: (213) 624-6900
11 Facsimile: (213) 624-6999

12 Attorneys for Defendant MICHAEL MILCH

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1. Plaintiffs Vogue Recovery California LLC, Vogue Recovery Arizona LLC, and Vogue Recovery Center LLC (collectively, "Vogue" or "Plaintiffs") and Defendants CMJ Recovery CA LLC, CMJ Recovery AZ LLC, CMJ Recovery NV LLC (collectively, "CMJ Defendants"), Michael Milch, Joel Strulovics, and Yisroel Herzka (the individuals collectively, "Individual Defendants," and collectively with CMJ Defendants, "Defendants") hereby stipulate as follows:

1. Plaintiffs filed this action against Defendants on September 20, 2022, alleging causes of action for breach of contract, breach of the covenant of good faith and fair dealing, and intentional interference with contract. Dkt. No. 1.

2. Plaintiffs' Complaint alleged diversity jurisdiction.

3. On April 8, 2024, Plaintiffs obtained a jury verdict in their favor (Dkt. No. 140) and this Court entered judgment against Defendants on May 22, 2024 (Dkt. No. 159).

4. On November 15, 2024, Plaintiffs and Defendants entered into a settlement agreement to resolve the action (the "Settlement Agreement").

5. California Code of Civil Procedure § 664.6 expressly provides that "[i]f parties to pending litigation stipulate, in a writing signed by the parties outside the presence of the court or orally before the court, settlement of the case, or part thereof, the court, upon motion, may enter judgment pursuant to the terms of the settlement. If requested by the parties, the court may retain jurisdiction over the parties to enforce the settlement until performance in full of the terms of the settlement."

6. Pursuant to the court's analysis in *Renaissance Ribbons, Inc. v. Hadley Pollet*, LLC, No. 2:07-CV-1271-JAM-DAD, 2008 WL 5179096 (E.D. Cal. Dec. 8, 2008) "California Code of Civil Procedure § 664.6 applies in this Court" for following reasons:

    a. No Federal Rule of Civil Procedure directly conflicts with Cal. Code Civ. Proc. § 664.6;

    b. "Where a federal court is exercising jurisdiction solely because of the

1  diversity of citizenship of the parties, the outcome of the litigation in the federal court
2  should be substantially the same, so far as legal rules determine the outcome of a
3  litigation, as it would be tried in a State court." *Gasperini v. Ctr. for Humanities*, 518
4  U.S. 415, 427 (1996). "Accordingly, to ensure that the outcome of the litigation would
5  be the same as if it has been brought in state court, Cal. Code Civ. Proc. § 664.6 should
6  apply." *Renaissance Ribbons, Inc.*, 2008 WL 5179096 at *2.

7      c.    There is no "strong federal interest in preventing the enforcement of
8  settlement agreements." *Id.*

9      7.    Pursuant to the Settlement Agreement, Plaintiffs and Defendants agree
10 that:

11     a.    This Court shall retain jurisdiction to enforce the terms of the Settlement
12 Agreement until performance in full of its terms pursuant to California Code of Civil
13 Procedure § 664.6; and

14     b.    Plaintiffs shall file a stipulation of dismissal without prejudice pursuant to
15 Federal Rule of Civil Procedure 41(a)(1)(A)(ii) upon the Court's approval of this
16 Stipulation, including the agreement to retain jurisdiction.

17     c.    Once Defendants have completed the payments set forth in the Settlement
18 Agreement, Plaintiffs shall file a Request for Dismissal of the Lawsuit with Prejudice
19 pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) within 10 business days.

20 It is understood that Defendants expressly waive notice of entry of this
21 Stipulation and also expressly waive any right to appeal or seek review of this
22 Stipulation by a higher court.

23 It is further understood that the parties to this Stipulation have agreed that the
24 Court shall retain jurisdiction pursuant to California Code of Civil Procedure § 664.6
25 over the enforcement of their Settlement Agreement until performance in full of its
26 terms. This includes the tolling of any applicable statute, rule, or court order affecting
27 timely prosecution of this action.
28

| | | |
|---|---|---|
| 1 | Dated: November 15, 2024 | SHOOK, HARDY & BACON L.L.P. |
| 2 | | By: /s/ Mark D. Campbell |
| 3 | | MARK D. CAMPBELL |
| | | MATT LIGHT |
| 4 | | ABIGAIL HUDSON |
| 5 | | Attorneys for Plaintiffs |
| | | VOGUE RECOVERY CALIFORNIA LLC |
| 6 | | VOGUE RECOVERY ARIZONA LLC |
| 7 | | VOGUE RECOVERY CENTER LLC |
| 8 | Dated: November 15, 2024 | By: /s/ Albert E. Peacock |
| 9 | | ALBERT E. PEACOCK |
| | | ELIZABETH A. KENDRICK |
| 10 | | PEACOCK PIPER TONG + VOSS, LLP |
| 11 | | Attorneys for Defendants |
| | | CMJ RECOVERY CA LLC, CMJ |
| 12 | | RECOVERY AZ LLC, CMJ RECOVERY NV LLC, JOEL STRULOVICS, AND |
| 13 | | YISROEL HERZKA |
| 14 | | |
| 15 | Dated: November 15, 2024 | By: /s/ Anthony Ellrod |
| | | ANTHONY J. ELLROD |
| 16 | | LINNA LOANGKOTE |
| | | MANNING & KASS, ELLROD, |
| 17 | | RAMIREZ, TRESTER LLP |
| 18 | | Attorneys for Defendant MICHAEL MILCH |