1
2
3
4
5
6
7                    UNITED STATES DISTRICT COURT
8                    CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VOGUE RECOVERY CALIFORNIA LLC, et al,<br><br>          Plaintiffs,<br><br>     v.<br><br>CMJ RECOVERY CA LLC, et al.,<br><br>          Defendants. | Case No. 2:22-cv-06751-KK-AFM<br><br>Assigned to: Kenly Kiya Kato<br><br>**[PROPOSED] ORDER GRANTING STIPULATION TO RETAIN JURISDICTION UNDER CALIFORNIA CODE OF CIVIL PROCEDURE § 664.6** |

The Court, having reviewed the Parties' Joint Stipulation to retain jurisdiction under California Code of Civil Procedure § 664.6, and good cause appearing therefore, hereby orders as follows:

1. This Court shall retain jurisdiction to enforce the terms of the Settlement Agreement until performance in full of its terms pursuant to California Code of Civil Procedure § 664.6; and

2. Plaintiffs shall file a stipulation of dismissal without Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), including the agreement to retain jurisdiction.

3. Once Defendants have completed the payments set forth in the Settlement Agreement, Plaintiffs shall file a Request for Dismissal of the Lawsuit with Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) within 10 business days.

IS IT SO ORDERED.

Dated:_____     _____
                                     Hon. Kenly K. Kato
                                     UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER GRANTING STIPULATION TO RETAIN JURISDICTION UNDER C.C.P. § 664.6