Mark D. Campbell (SBN 180528)
mdcampbell@shb.com
Matt Light (SBN 294007)
mlight@shb.com
Abigail Hudson (SBN 327632)
ahudson@shb.com
SHOOK, HARDY & BACON L.L.P.
2121 Avenue of the Stars, Suite 1400
Los Angeles, California 90067
Telephone:  424.285.8330
Facsimile:   424.204.9093

Attorneys for Plaintiffs
VOGUE RECOVERY CALIFORNIA LLC
VOGUE RECOVERY ARIZONA LLC
VOGUE RECOVERY CENTER  LLC

*[Additional counsel on following page]*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VOGUE RECOVERY CALIFORNIA LLC, et al,<br><br>Plaintiffs,<br><br>v.<br><br>CMJ RECOVERY CA LLC, et al.,<br><br>Defendants. | Case No. 2:22-cv-06751-KK-AFM<br><br>Assigned to: Kenly Kiya Kato<br><br>**STIPULATION OF DISMISSAL WITHOUT PREJUDICE** |

1 ALBERT E. PEACOCK III, CASB No. 134094
apeacock@peacockpiper.com
2 ELIZABETH ANN KENDRICK, CASB No. 123163
ekendrick@peacockpiper.com
3 PEACOCK PIPER TONG + VOSS, LLP
100 W. Broadway, Suite 610
4 Long Beach, CA 90802
Telephone: (562) 320-8880

5 Attorneys for Defendants, CMJ RECOVERY CA LLC,
6 CMJ RECOVERY AZ LLC, CMJ RECOVERY NV LLC,
JOEL STRULOVICS, and YISROEL HERZKA

7 Anthony J. Ellrod (State Bar No. 136574)
tony.ellrod@manningkass.com
8 Linna Loangkote (State Bar No. 287480)
linna.loangkote@manningkass.com
9 MANNING & KASS ELLROD, RAMIREZ, TRESTER LLP
801 S. Figueroa St, 15th Floor
10 Los Angeles, California 90017-3012
Telephone: (213) 624-6900
11 Facsimile: (213) 624-6999

12 Attorneys for Defendant MICHAEL MILCH

1  Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs Vogue Recovery California LLC, Vogue Recovery Arizona LLC, and Vogue Recovery Center LLC (collectively, "Vogue" or "Plaintiffs") and Defendants CMJ Recovery CA LLC, CMJ Recovery AZ LLC, CMJ Recovery NV LLC (collectively, "CMJ Defendants"), Michael Milch, Joel Strulovics, and Yisroel Herzka (the individuals collectively, "Individual Defendants," and collectively with CMJ Defendants, "Defendants") hereby stipulate that the above action is to be dismissed in its entirety without prejudice, with the parties to bear their own costs and attorneys' fees. The Parties further stipulate the Court shall retain jurisdiction to enforce the settlement between the Parties pursuant to California Code of Civil Procedure § 664.6.

Dated: November 21, 2024     SHOOK, HARDY & BACON L.L.P.

By: /s/ Mark D. Campbell
    MARK D. CAMPBELL
    MATT LIGHT
    ABIGAIL HUDSON
    Attorneys for Plaintiffs
    VOGUE RECOVERY CALIFORNIA LLC
    VOGUE RECOVERY ARIZONA LLC
    VOGUE RECOVERY CENTER LLC

Dated: November 21, 2024        By: /s/ Albert E. Peacock
                                    ALBERT E. PEACOCK
                                    ELIZABETH A. KENDRICK
                                    PEACOCK PIPER TONG + VOSS, LLP
                                    Attorneys for Defendants
                                    CMJ RECOVERY CA LLC, CMJ RECOVERY AZ LLC, CMJ RECOVERY NV LLC, JOEL STRULOVICS, AND YISROEL HERZKA

Dated: November 21, 2024        By: /s/ Anthony Ellrod
                                    ANTHONY J. ELLROD
                                    LINNA LOANGKOTE
                                    MANNING & KASS, ELLROD, RAMIREZ, TRESTER LLP
                                    Attorneys for Defendant
                                    MICHAEL MILCH

## **ATTESTATION**

I, Mark Campbell, am the ECF user whose identification and password are being used to file this document. In compliance with Local Rule 5-1(h)(3), I hereby attest that each of the Signatories herein, including Counsel for Defendants, concur in this filing.

Dated: November 21, 2024        By: /s/ Mark D. Campbell
                                    MARK D. CAMPBELL