1
2
3
4
5
6  UNITED STATES DISTRICT COURT
7  CENTRAL DISTRICT OF CALIFORNIA
8

| | |
|---|---|
| VOGUE RECOVERY CALIFORNIA LLC, et al,<br><br>Plaintiffs,<br><br>v.<br><br>CMJ RECOVERY CA LLC, et al.,<br><br>Defendants. | Case No. 2:22-cv-06751-KK-AFM<br><br>Assigned to: Kenly Kiya Kato<br><br>**[PROPOSED] ORDER GRANTING STIPULATION OF DISMISSAL WITHOUT PREJUDICE** |

# [PROPOSED] ORDER

The Court, having reviewed the parties' Stipulation of Dismissal Without Prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and good cause appearing, hereby GRANTS the stipulation and ORDERS as follows:

The above action is dismissed in its entirety without prejudice. The Court shall retain jurisdiction to enforce the settlement between the Parties pursuant to California Code of Civil Procedure § 664.6.

**IT IS SO ORDERED.**

Dated: _____        _____
                                Honorable Kenly Kiya Kato
                                United States District Judge