UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| VOGUE RECOVERY CALIFORNIA LLC, et al,<br><br>Plaintiffs,<br><br>v.<br><br>CMJ RECOVERY CA LLC, et al.,<br><br>Defendants. | Case No. 2:22-cv-06751-KK-AFM<br><br>Assigned to: Kenly Kiya Kato<br><br>**ORDER GRANTING STIPULATION OF DISMISSAL WITHOUT PREJUDICE** |
|---|---|

**ORDER**

The Court, having reviewed the parties' Stipulation of Dismissal Without Prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and good cause appearing, hereby GRANTS the stipulation and ORDERS as follows:

The above action is dismissed in its entirety without prejudice. The Court shall retain jurisdiction to enforce the settlement between the Parties pursuant to California Code of Civil Procedure § 664.6.

**IT IS SO ORDERED.**

Dated: November 22, 2024

Honorable Kenly Kiya Kato
United States District Judge