UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VOGUE RECOVERY CALIFORNIA LLC, et al,<br><br>    Plaintiffs,<br><br>    v.<br><br>CMJ RECOVERY CA LLC, et al.,<br><br>    Defendants. | Case No. 2:22-cv-06751-KK-AFM<br><br>Assigned to: Kenly Kiya Kato<br><br>**ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE** |

ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE

1  Based on the parties' Stipulation of Dismissal with Prejudice, and good cause
2  appearing, the stipulation is granted. The entire action is hereby dismissed in its entirety
3  with prejudice, with the parties to bear their own costs and attorneys' fees.
4      IS IT SO ORDERED.

Dated: January 13, 2026

_/s/ Kenly Kiya Kato_
Hon. Kenly Kiya Kato
UNITED STATES DISTRICT JUDGE